UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID SIPPERLY | : | |
| | : | |
| VS | : | C.A. NO. 06-479ML |
| | : | |
| JOHNSON OUTDOORS INC. | : | |

**PLAINITFF'S OBJECTION TO DEFENDANT'S MOTION TO TRANFER ACTION TO WISCONSIN**

Plaintiff hereby objects to Defendant's Motion To Transfer Action To Wisconsin. Plaintiff relies upon the Memorandum In Opposition to Defendant's Motion To Transfer Action To Wisconsin attached hereto.

Plaintiff
David Sipperly
By and Through His Attorneys

/s/ Mark S. Mandell
Mark S. Mandell (#0502)
**MANDELL, SCHWARTZ & BOISCLAIR, LTD.**
One Park Row
Providence, Rhode Island 02903
(401) 273-8330
(401) 751-7830 – Fax

**CERTIFICATION**

On January 29, 2007 a true copy of the foregoing was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record.

/s/ Mark S. Mandell

Charles S. Beal, Esquire
**Cameron & Middleman LLP**
56 Exchange Street
Providence, RI 02903

Also served on:

David A. Gauntlett, Esquire
Eric A. Little, Esquire
M. Catherine Reid, Esquire
**Gauntlett & Associates**
18400 Von Karman, Suite 300
Irvine, CA 92612