UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID SIPPERLY,

Plaintiff,

v. C.A. No.: 06-479 ML

JOHNSON OUTDOORS INC.,

Defendant.

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by and between the undersigned, that the herein matter is dismissed with prejudice, each party to bear their own costs and fees.

DAVID SIPPERLY

By His Attorneys,

/s/ Mark S. Mandell
Mark S. Mandell (#0502)
Mandell Schwartz Boisclair & Padwa
1 Park Row
Providence, Rhode Island 02903
Tel. (401) 273-8330
Date: July 27, 2007

JOHNSON OUTDOORS INC.

By Its Attorneys,

/s/ Charles S. Beal
Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Date: July 27, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2007, a true copy of the within was sent, via electronic transmission, to the following:

Mark S. Mandell, Esq.
Mandell Schwartz Boisclair & Padwa
1 Park Row
Providence, RI 02903

/s/ Charles S. Beal

G:\csb\JohnsonOutdoor\pldgs\dismissalstip.doc